No. 52. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, CIO, ET AL. *v.* GREAT LAKES GREYHOUND LINES. Appeal from the Supreme Court of Michigan. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

Mr. Justice Black and Mr. Justice Douglas dissent. *Harold A. Cranefield* for appellants. *Edmund M. Brady* for appellee.